FILED
June 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001878550

DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Creditor
GMAC LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

In re

BENJAMIN EARL JANUARY AND
CARRIE DENISE JANUARY,

Debtors,

Case No.: 09-28107

Chapter 7

**REQUEST FOR SPECIAL NOTICE**

Date filed: 04/27/2009

PLEASE TAKE NOTICE that GMAC LLC desires notice of the filing of any proceedings in the above matter pursuant to Bankruptcy Rule 2002. Said notices are to be served upon:

Duane M. Geck
Andrew S. Elliott
Severson & Werson
One Embarcadero Center, 2600
San Francisco, CA 94111
Email: dmg@severson.com
Email: ase@severson.com

DATED: June 3, 2009

SEVERSON & WERSON
A Professional Corporation

By: ___/s/ Andrew S. Elliott___
　　　ANDREW S. ELLIOTT

Attorneys for Creditor
GMAC LLC

16000/6000/736077.1

REQUEST FOR NOTICE